11

Michael K. Johnson - SBN 210069
Flahive Law Corporation
2365 Iron Point Road
Suite 220
Folsom, CA 95630

Ph: (916) 817-2098

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| In Re: | Case No. 2010-40261 |
|---|---|
| FRANK JOHN LEE | Hearing Date: September 7, 2010 |
| | Hearing Time: 9:00 am |
| ELENA LOUISE LEE | Courtroom 28 - Dept A |
| | The Honorable Michael McManus |
| Debtors' | Docket Control No.: FLA-001 |

## MOTION FOR ORDER COMPELLING ABANDONMENT OF THE ESTATE'S INTEREST IN DEBTORS' BUSINESS

Michael K. Johnson of Flahive Law Corporation, on behalf of Frank John Lee and Elena Louise Lee, the Debtors herein, hereby moves this Court for an Order Compelling Abandonment of the Estate's interest in the Debtors' Business. This Motion is based on the following facts:

1. This case was commenced with the filing of a petition on July 30, 2010. David Gravell was duly appointed to serve as Trustee.

2. As shown in the filed schedules of this case, the Debtors operate a business, FJ Lee Electrical. Said business is located at 21392 Sunnyside Lane in Grass Valley, CA 95949.

3. The Debtors' tools of the trade, equipment, accounts receivable (if any) and other business-related assets (hereinafter, "BUSINESS ASSETS") have been disclosed in

detail in the filed Schedules A and B (see exhibit #1 attached hereto). The Debtors have placed values on these assets in the aggregate total of $ 850.00.

4. As shown in Schedule D (See exhibit #1 attached hereto), the Debtors assert that no Creditors hold any liens against the BUSINESS ASSETS.

5. As shown in Schedule C (see exhibit #1 attached hereto), the Debtors have claimed exemptions totaling $ 850.00 against the values of the BUSINESS ASSETS.

6. In summary

   a. Gross value of BUSINESS ASSETS .................................................. $ 850.00

   b. Liens against the BUSINESS ASSETS ............................................. -$    .00

   c. Gross Equity .................................................................................... $ 850.00

   d. Exemptions claimed on the BUSINESS ASSETS ........................... -$ 850.00

   e. Net value of BUSINESS ASSETS to the estate ............................. $    .00

7. The Debtors assert that there does not appear to be any business equipment or inventory that can be profitably liquidated by the Trustee over and above (a) the liens, if any, in Schedule D attaching to the business-related assets and (b) the exemptions, if any, in Schedule C claimed by the Debtors.

8. The Debtors are aware that, under the provisions of Title 11, US Codes §721, only the Trustee has the authority to operate the Debtors' business; and then, only with an order of the Court. Otherwise, the Trustee is obliged to shut down the business or abandon the estate's interest in the business.

9. However, the Debtors assert that, based on the lack of any unexempt equity in any business-related asset, equipment or inventory, there is no benefit to the estate to either operating OR shutting down this business.

10. Federal Rule of Bankruptcy Proceeding 6007(b) permits a party in interest, including the Debtors, to file a motion seeking to compel the Trustee to abandon property of the estate.

Wherefore, the Debtors move this Court to issue an Order Compelling the Trustee to Abandon the Estate's Interest in the Debtors' Business.

## CERTIFICATION

I, Michael K. Johnson, hereby certify under penalty of perjury that I have read the foregoing Motion for Order Compelling Abandonment Of The Estate's Interest In Debtors' Business. I further certify that the contents thereof are true and correct to the best of my knowledge and belief. Executed on August 16, 2010.

_____
Michael K. Johnson
Flahive Law Corporation

Motion to Compel Abandonment of Business 3

B6A (Official Form 6A) (12/07)

In re  Frank John Lee,  
      Elena Louise Lee  
                          Debtors

Case No. _____

# SCHEDULE A - REAL PROPERTY

    Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

    Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

    If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Location: 21392 Sunnyside Lane, Grass Valley CA<br>Mother has 50% Interest of any Equity | Fee simple | J | 215,500.00 | 491,672.00 |

|  |  |  |
|---|---|---|
| Sub-Total > | 215,500.00 | (Total of this page) |
| Total > | 215,500.00 |  |

  __0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                               Best Case Bankruptcy

In re  **Frank John Lee,**
       **Elena Louise Lee**
_____
                          Debtors

Case No. _____

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | Cash in wallet<br>Location: 21392 Sunnyside Lane, Grass Valley CA | H | 50.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Wells Fargo: Checking/Savings: XXXX1306<br>Location: 21392 Sunnyside Lane, Grass Valley CA | J | 600.00 |
| | | Wells Fargo: Checking/Savings: XXXX0675<br>Other Authorized User: Peggy Potter<br>Location: 21392 Sunnyside Lane, Grass Valley CA | J | 2,000.00 |
| | | Wells Fargo: Business Checking/Savings: XXXX2783<br>Location: 21392 Sunnyside Lane, Grass Valley CA | J | 1,000.00 |
| | | Wells Fargo: Teen Checking: XXXX4390<br>Location: 21392 Sunnyside Lane, Grass Valley CA | J | 50.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Misc Household Goods & Furnishings: No single item to exceed $525<br>Location: 21392 Sunnyside Lane, Grass Valley CA | C | 4,845.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Assorted Used Books<br>Location: 21392 Sunnyside Lane, Grass Valley CA | C | 500.00 |
| | | Assorted Artwork<br>Location: 21392 Sunnyside Lane, Grass Valley CA | C | 1,000.00 |
| | | Assorted DVD's & CD's<br>Location: 21392 Sunnyside Lane, Grass Valley CA | C | 250.00 |
| 6. Wearing apparel. | | Assorted Wearing Apparel<br>Location: 21392 Sunnyside Lane, Grass Valley CA | C | 500.00 |
| 7. Furs and jewelry. | | Assorted Jewelry<br>Location: 21392 Sunnyside Lane, Grass Valley CA | W | 500.00 |

                                                        Sub-Total >    11,295.00
                                                      (Total of this page)

___3___ continuation sheets attached to the Schedule of Personal Property

In re   Frank John Lee,  
      Elena Louise Lee

Case No. _____

Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | West Coast Life: Term Life Policy<br>Location: 21392 Sunnyside Lane, Grass Valley CA | H | 0.00 |
| | | Midland: Term Life Policy<br>Location: 21392 Sunnyside Lane, Grass Valley CA | H | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | For FJ Lee Electrical<br>Location: 21392 Sunnyside Lane, Grass Valley CA | H | 2,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

Sub-Total >    2,000.00  
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached  
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  Frank John Lee,  Case No. _____
      Elena Louise Lee
                                          Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2001 Subaru Legacy: 135,000 miles<br>Good Condition<br>Location: 21392 Sunnyside Lane, Grass Valley CA | J | 4,875.00 |
| | | 2001 Chevy Silverado: 150,000 miles<br>Good Condition<br>Location: 21392 Sunnyside Lane, Grass Valley CA | J | 6,000.00 |
| | | 1995 GMC Utility Truck: 125,000 miles<br>Fair Condition<br>Location: 21392 Sunnyside Lane, Grass Valley CA 95949 | C | 2,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| | | | Sub-Total ><br>(Total of this page) | 13,375.00 |

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com      Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Frank John Lee,**
       **Elena Louise Lee**

Case No. _____

Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | Inventory for FJ Lee Electric<br>Location: 21392 Sunnyside Lane, Grass Valley CA | H | 850.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total > 850.00
(Total of this page)

Total > 27,520.00

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

In re  Frank John Lee,                                    Case No. _____
        Elena Louise Lee
                                        Debtors
                    SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:   ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                   $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                            *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** <br> Cash in wallet <br> Location: 21392 Sunnyside Lane, Grass Valley CA | C.C.P. § 703.140(b)(5) | 50.00 | 50.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** <br> Wells Fargo: Checking/Savings: XXXX1306 <br> Location: 21392 Sunnyside Lane, Grass Valley CA | C.C.P. § 703.140(b)(5) | 600.00 | 600.00 |
| Wells Fargo: Checking/Savings: XXXX0675 <br> Other Authorized User: Peggy Potter <br> Location: 21392 Sunnyside Lane, Grass Valley CA | C.C.P. § 703.140(b)(5) | 2,000.00 | 2,000.00 |
| Wells Fargo: Business Checking/Savings: XXXX2783 <br> Location: 21392 Sunnyside Lane, Grass Valley CA | C.C.P. § 703.140(b)(5) | 1,000.00 | 1,000.00 |
| Wells Fargo: Teen Checking: XXXX4390 <br> Location: 21392 Sunnyside Lane, Grass Valley CA | C.C.P. § 703.140(b)(5) | 50.00 | 50.00 |
| **Household Goods and Furnishings** <br> Misc Household Goods & Furnishings: No single item to exceed $525 <br> Location: 21392 Sunnyside Lane, Grass Valley CA | C.C.P. § 703.140(b)(3) | 4,845.00 | 4,845.00 |
| **Books, Pictures and Other Art Objects; Collectibles** <br> Assorted Used Books <br> Location: 21392 Sunnyside Lane, Grass Valley CA | C.C.P. § 703.140(b)(5) | 500.00 | 500.00 |
| Assorted Artwork <br> Location: 21392 Sunnyside Lane, Grass Valley CA | C.C.P. § 703.140(b)(5) | 1,000.00 | 1,000.00 |
| Assorted DVD's & CD's <br> Location: 21392 Sunnyside Lane, Grass Valley CA | C.C.P. § 703.140(b)(5) | 250.00 | 250.00 |
| **Wearing Apparel** <br> Assorted Wearing Apparel <br> Location: 21392 Sunnyside Lane, Grass Valley CA | C.C.P. § 703.140(b)(3) | 500.00 | 500.00 |
| **Furs and Jewelry** <br> Assorted Jewelry <br> Location: 21392 Sunnyside Lane, Grass Valley CA | C.C.P. § 703.140(b)(4) | 500.00 | 500.00 |

__1__ continuation sheets attached to Schedule of Property Claimed as Exempt

In re   Frank John Lee,                                            Case No. _____
        Elena Louise Lee
                                           Debtors
# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Accounts Receivable** <br> For FJ Lee Electrical <br> Location: 21392 Sunnyside Lane, Grass Valley CA | C.C.P. § 703.140(b)(5) | 2,000.00 | 2,000.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** <br> 2001 Subaru Legacy: 135,000 miles <br> Good Condition <br> Location: 21392 Sunnyside Lane, Grass Valley CA | C.C.P. § 703.140(b)(5) | 1,875.00 | 4,875.00 |
| 2001 Chevy Silverado: 150,000 miles <br> Good Condition <br> Location: 21392 Sunnyside Lane, Grass Valley CA | C.C.P. § 703.140(b)(2) <br> C.C.P. § 703.140(b)(5) | 3,525.00 <br> 2,475.00 | 6,000.00 |
| 1995 GMC Utility Truck: 125,000 miles <br> Fair Condition <br> Location: 21392 Sunnyside Lane, Grass Valley CA 95949 | C.C.P. § 703.140(b)(5) | 2,500.00 | 2,500.00 |
| **Inventory** <br> Inventory for FJ Lee Electric <br> Location: 21392 Sunnyside Lane, Grass Valley CA | C.C.P. § 703.140(b)(5) | 850.00 | 850.00 |
| | Total: | 24,520.00 | 27,520.00 |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re    Frank John Lee,    Case No. _____
        Elena Louise Lee
_____
                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxx6L02<br><br>Schools Financial Credit Union<br>P.O. Box 60043<br>City Of Industry, CA 91716-0043 | | J | 2008<br>Vehicle Loan<br>2001 Subaru Legacy: 135,000 miles<br>Good Condition<br>Location: 21392 Sunnyside Lane, Grass Valley CA | | | | | |
| | | | Value $           4,875.00 | | | | 3,000.00 | 0.00 |
| Account No. xxxxxx3438<br><br>Wells Fargo<br>P.O. Box 54780<br>Los Angeles, CA 90054 | | J | 2008<br>First Mortgage<br>Location: 21392 Sunnyside Lane, Grass Valley CA<br>Mother has 50% Interest of any Equity | | | | | |
| | | | Value $         431,000.00 | | | | 264,181.00 | 0.00 |
| Account No. xxxxxx2926<br><br>Wells Fargo<br>P.O. Box 54780<br>Los Angeles, CA 90054 | | J | 2008<br>Second Mortgage<br>Location: 21392 Sunnyside Lane, Grass Valley CA<br>Mother has 50% Interest of any Equity | | | | | |
| | | | Value $         431,000.00 | | | | 227,491.00 | 60,672.00 |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| 0  continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 494,672.00 | 60,672.00 |
| | | | Total<br>(Report on Summary of Schedules) | | | | 494,672.00 | 60,672.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy